UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA LILIBETH VALLEJO (KANNA MAYES),<br>Petitioner,<br>v.<br>WARDEN,<br>Respondent. | No. 1:26-cv-05320-DAD-SCR (HC)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS</u><br><br>(Doc. No. 6) |

Petitioner Sandra Lilibeth Vallejo is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 17, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted. (Doc. No. 6.) Specifically, the magistrate judge found that petitioner was not properly detained pursuant to 8 U.S.C. § 1225(b)(2)(A) and the failure to provide any of the procedural protections required under 8 U.S.C. § 1226(a) results in the conclusion that the appropriate remedy in this case is petitioner's immediate release. (*Id.* at 2–4.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days of service. (*Id.* at 5.) On August 23, 2026, respondent filed its objections which

are comprised of a single sentence stating that it objects for the same reasons raised in its prior briefing. (Doc. No. 7.) These objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The court ADOPTS IN FULL the findings and recommendations issued on August 17, 2026;
2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:
   a. Respondent is ORDERED to immediately release petitioner Sandra Lilibeth Vallejo, A-File No. 240-500-153, from respondent's custody;
   b. Respondents are ENJOINED and RESTRAINED from re-detaining petitioner unless they provide petitioner with notice and a pre-detention hearing before an immigration judge, at which hearing the burden will be set in accordance with 8 U.S.C. § 1226(a) and its implementing regulations;
3. The Clerk of the Court is directed to serve a copy of this order on the California City Detention Facility; and
4. The Clerk of the Court is directed to ENTER judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated: **August 25, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE